C. A. No. 79-151. BRADFORD HOYLE *v.* STATE. The state's motion to dismiss this appeal is denied. Appellant Hoyle's application for post-conviction relief was not heard in Superior Court due to the pendency of his direct appeal in this court. Hoyle's direct appeal has now been decided. *State v. Hoyle*, 122 R.I. 45, 404 A.2d 69 (1979).

Accordingly, this case is remanded to the Superior Court for further proceedings on appellant's application for post-conviction relief.

Mr. Justice Weisberger did not participate. *Bradford Hoyle*, pro se, for plaintiff. *Dennis J. Roberts II*, Attorney General, *Stephen Lichatin III*, Special Assistant Attorney General, for defendant.

Appeal No. 73-106. RONCI MANUFACTURING CO., INC. *v.* STATE OF RHODE ISLAND AND DIRECTOR OF PUBLIC WORKS. The petition to reargue is denied.

Mr. Justice Weisberger did not participate. *Leo M. Goldberg*, for petitioner. *Stephen F. Mullen*, Special Counsel, for respondent.